**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(D)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Long Grove at Seaside Farms, LLC; The Beach Company; and Gulfstream Construction Company, Inc., Respondents,

v.

Long Grove Property Owners' Association, Inc.; Vista Realty Partners, LLC; and Long Grove Vista, LLC;

Of Whom Long Grove Property Owners' Association, Inc. is Petitioner.

Long Grove Property Owners' Association, Inc., Third-Party Plaintiffs,

v.

James, Harwick & Partners, Inc., n/k/a JHP Architecture/Urban Design, P.C.; Sam Mayo, d/b/a SCM Construction, Inc.; Essex Engineering Corporation, Third-Party Defendants,

Of Whom James, Harwick & Partners, Inc., n/k/a JHP Architecture/Urban Design, P.C., is Respondent.

Appellate Case No. 2015-002131

───────────

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

───────────

Appeal From Charleston County
The Honorable J. Michael Baxley, Circuit Court Judge.

---

Memorandum Opinion No. 2018-MO-001
Heard September 28, 2017 – Filed January 10, 2018

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

George E. Mullen and Lauren Mullen Thomas, both of Mullen Wylie, LLC, of Hilton Head Island, for Petitioner.

David J. Parrish and Steven P. Groves, Sr., both of Nexsen Pruet, LLC, of Charleston.

James Lynn Werner and Katon E. Dawson, Jr., both of Parker Poe Adams & Bernstein, LLP, of Columbia, for Respondents.

---

**PER CURIAM:** We granted Long Grove Property Owners' Association, Inc.'s petition for a writ of certiorari to review the court of appeals' decision in *Long Grove at Seaside Farms, LLC v. Long Grove Prop. Owners' Ass'n, Inc.*, No. 2015-UP-377 (S.C. Ct. App. July 29, 2015). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**